UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AIR SEA TRANSPORT, INC.,**<br><br>    Plaintiff,<br><br>v.<br><br>**NIKI INTERNATIONAL, INC., et al,**<br><br>    Defendants. | Civ. No. 2:12-06244 (KM)<br><br>**ORDER** |

**MCNULTY**, District Judge.

   This matter having come before the Court upon the motion of Plaintiff Air Sea Transport, Inc. for default judgment against Defendant Niki International, Inc. ("Niki") (Docket No. 29); and Niki not having opposed the motion; for the reasons set forth in the accompanying Opinion; pursuant to Fed. R. Civ. P. 78; and for good cause shown:

   **IT IS** this 17th day of July 2014,

   **ORDERED**, pursuant to Fed. R. Civ. P. 55 and 16(f) that the motion for default judgment is **GRANTED** as to Niki International, Inc.; and it is further

   **ORDERED** that an appropriate Judgment will be entered at the conclusion of the case.

_____
KEVIN MCNULTY, U.S.D.J.